# Court of Appeals
# of the State of Georgia

ATLANTA, May 16, 2018

*The Court of Appeals hereby passes the following order*

**A18A1228. CRESCENT WEALTH MANAGEMENT, INC. et al. v. HARTFORD LIFE
AND ANNUITY INSURANCE COMPANY et al..**

Upon consideration of the APPELLANT'S motion FOR PERMISSION TO WITHDRAW

THE APPEAL in the above styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, May 16, 2018.*

*I certify that the above is a true extract from the minutes
of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto
affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*